BRIEGER and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellants to apply to the Court of Appeals. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

GUISEPPA MANNINO, as Administratrix, etc., of JOSEPH MANNINO, Deceased, Respondent, v. RICHMOND HILL BUS LINE, INC., and LUIGI BASILE, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

ESTELLE MAURY, Respondent, v. VALENTINE L. MAURY, Appellant.— Motion for stay granted upon consent in open court, without costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

SARAH McEWAN, Respondent, v. THOMAS ROULSTON, INC., Defendant. PETER B. RENNING, Appellant.— Motion to dismiss appeal denied. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

MORRIS MILCHMAN, Respondent, v. CALCAR REALTY CORPORATION and Others, Appellants.— Motion to dismiss appeal denied upon the condition stated in the stipulation. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

GUISEPPE NUCCIO, Respondent, v. MARTHA POLIZZI and Others, Defendants. JOHN J. ROBINSON, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

104 AMITY STREET CORPORATION, Respondent, v. FEDERAL ELECTRIC COMPANY, INCORPORATED, Defendant. SIEGFRIED WOLLNER, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

C. CHESTER PAINTER, Plaintiff, v. TOWN BOARD OF THE TOWN OF OYSTER BAY, NASSAU COUNTY, NEW YORK, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

GRACE W. PARKS, Appellant, v. HOWARD G. WELSCH and ARTHUR J. WELSCH, Respondents, and BREZIRE REALTY Co., INC., Defendant.— Motion of Arthur J. Welsch for reargument denied, with ten dollars costs. Motion of Arthur J. Welsch for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

GRACE W. PARKS, Appellant, v. HOWARD G. WELSCH and ARTHUR J. WELSCH, Respondents, and BREZIRE REALTY Co., INC., Defendant.— Motion of Howard G. Welsch for reargument denied, with ten dollars costs. Motion of Howard G. Welsch for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

GEORGE E. PAYNE, Appellant, v. THE CITY OF NEW YORK, Respondent.—